UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**YOHANEL LAFFITTE PANTOJA #A203-787-631**

**CASE NO.  3:26-CV-01263 SEC P**

**VERSUS**

**JUDGE JAMES D. CAIN, JR.**

**WARDEN RICHWOOD CORRECTIONAL CENTER ET AL**

**MAG. JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Yohanel Laffitte Pantoja's petition is **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 2nd day of July, 2026.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE