**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **YOHANEL LAFFITTE PANTOJA #A203-787-631** | **CASE NO. 3:26-CV-01263 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WARDEN RICHWOOD CORRECTIONAL CENTER ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

### <u>MEMORANDUM ORDER</u>

Before the court are a Motion to Alter Judgment [doc. 20] and Motion to Maintain Custody at Current Facility Pending Resolution [doc. 21] by habeas petitioner Yohanel Laffitte Pantoja, a native of Cuba. Petitioner challenges this court's failure to grant him relief under *Zadvydas v. Davis*, 533 U.S. 678 (2001), alleging that he has been in immigration custody since October 2025 and that his removal to Cuba is not reasonably foreseeable. As noted in the magistrate judge's report and recommendation, however, petitioner stated in his petition that he was taken into immigration custody on February 28, 2026. Doc. 1, p. 4. The government also establishes in its response that petitioner was arrested for various criminal offenses in Benton County, Arkansas, on February 25, 2026, and then taken into immigration custody. Doc. 12, att. 1, ¶¶ 12–13. Additionally, petitioner requested to be removed to Mexico on April 7, 2026. *Id.* at ¶ 14. As set forth in the magistrate judge's report and recommendation, petitioner has not yet met *Zadvydas*'s six-month threshold. Further, to the extent that the government is attempting to facilitate his removal to Mexico, it is unlikely that he can show his detention is potentially indefinite or

otherwise unconstitutional. The motions [docs. 20, 21] therefore show no basis for relief and are hereby **DENIED**.

       **THUS DONE AND SIGNED** in Chambers on the 15th day of July, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**